Jenny H. Wang  Bar No.
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
Liberty Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIANE R. TORNINCASA, | Case No. 2:19-CV-02002-MCE-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |
| v. | Complaint Filed:   October 3, 2019 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Trial Date:         None Set<br>Judge:            Hon. Morrison C. England, Jr. |
| Defendant. | |

19cv2002.so.1210

WHEREAS, Plaintiff Diane Tornincasa filed a Motion to Strike certain affirmative defenses asserted by Defendant Liberty Life Assurance Company of Boston ("Liberty") and to have certain allegations in the Complaint deemed admitted;

WHEREAS, the above-referenced Motion to Strike (Dkt. #9, hereinafter, the "Motion") was scheduled for hearing on January 23, 2020, making the opposition deadline January 9, 2010 and the reply deadline January 16, 2020;

WHEREAS, by Minute Order dated December 5, 2020 (Dkt. #10), this Court took the hearing on the Motion off calendar but kept the opposition and reply deadlines in accordance with the original Motion hearing date;

WHEREAS, the parties just recently scheduled a mediation with Edwin Oster of Judicate West for January 7, 2020, and to conserve resources, the parties wish to continue the Motion briefing deadlines to dates after the mediation in the event the case settles at the mediation;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

19cv2002.so.1210

Case No. 2:19-CV-02002-MCE-KJN

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES

The parties, by and through their counsel of record whose signatures appear below, hereby stipulate and respectfully request the Court to continue the Motion opposition and reply deadlines to February 7, 2020 and February 14, 2020, respectively.

IT IS SO STIPULATED.

DATED:  December ___, 2020          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Jenny H. Wang*
Jenny H. Wang
Attorneys for Defendant
Liberty Life Assurance Company of Boston

DATED: December ___, 2020          ERISA LAW CENTER

By:  */s/ Raquel M. Busani*
Raquel M. Busani, Esq.
Attorneys for Plaintiff Diane R. Tornincasa

IT IS SO ORDERED.

Dated:  January 6, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

19cv2002.so.1210