Jenny H. Wang  Bar No.
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
Liberty Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIANE R. TORNINCASA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　Defendant. | Case No. 2:19-CV-02002-MCE-KJN<br><br>**SECOND STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Complaint Filed:　October 3, 2019<br>Trial Date:　None Set<br>Judge:　Hon. Morrison C. England, Jr. |

19cv2002.so.0124

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Diane Tornincasa filed a Motion to Strike certain affirmative defenses asserted by Defendant Liberty Life Assurance Company of Boston ("Liberty") and to have certain allegations in the Complaint deemed admitted; |

WHEREAS, Plaintiff Diane Tornincasa filed a Motion to Strike certain affirmative defenses asserted by Defendant Liberty Life Assurance Company of Boston ("Liberty") and to have certain allegations in the Complaint deemed admitted;

WHEREAS, the above-referenced Motion to Strike (Dkt. #9, hereinafter, the "Motion") was scheduled for hearing on January 23, 2020, making the opposition deadline January 9, 2010 and the reply deadline January 16, 2020;

WHEREAS, by Minute Order dated December 5, 2020 (Dkt. #10), this Court took the hearing on the Motion off calendar but kept the opposition and reply deadlines in accordance with the original Motion hearing date;

WHEREAS, the parties stipulated and requested the Court to continue the opposition and reply deadlines for the Motion pending completion of a mediation with Edwin Oster of Judicate West, which the parties expected would occur on January 7, 2020;

WHEREAS, the Court granted the stipulation (Dkt. #12), extending the opposition and reply deadlines to February 7 and 14, 2020, respectively;

WHEREAS, the parties have since rescheduled the mediation to February 11, 2020 and wish to save the time and expense of further briefing on the Motion pending completion of the February 11th mediation:

The parties, by and through their counsel of record whose signatures appear below, hereby stipulate and respectfully request the Court to continue the Motion opposition and reply deadlines to February 25, 2020 and March 3, 2020, respectively.

IT IS SO STIPULATED.

DATED: January 23, 2020    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jenny H. Wang*
Jenny H. Wang
Attorneys for Defendant
Liberty Life Assurance Company of Boston

DATED: January 23, 2020    ERISA LAW CENTER

By: */s/ Raquel M. Busani*
Raquel M. Busani, Esq.
Attorneys for Plaintiff Diane R. Tornincasa

IT IS SO ORDERED.

DATED: January 24, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE