1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| DIANE R. TORNINCASA, | Case No. 2:19-CV-02002-MCE-KJN |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE DATES AND MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER** |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | Complaint Filed: October 3, 2019<br>Trial Date: None Set<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

**GOOD CAUSE APPEARING**, the Court hereby approves the Parties' Stipulation to modify the Initial Scheduling Order and hereby orders a continuance of the dates set forth therein as follows:

| Matter | Initial Dates | Continued Dates |
|---|---|---|
| Non-Expert Discovery: | 11/22/20 | 5/21/21 |
| Expert Witnesses Disclosure: | 1/21/21 | 7/21/21 |
| Rebuttal Expert Witnesses Disclosure: | 2/19/21 | 8/19/21 |
| Dispositive Motion Filing Deadline: | 5/22/21 | 11/22/21 |

IT IS SO ORDERED.

Dated:  June 29, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE