Jenny H. Wang  Bar No. 191643
jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
Liberty Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIANE R. TORNINCASA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 2:19-CV-02002-MCE-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DATES AND MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed:  October 3, 2019<br>Trial Date:         None Set<br>Judge:              Hon. Morrison C. England, Jr. |

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their counsel, that good cause exists to continue all scheduled dates in this matter and to modify the existing scheduling order in this matter.

The parties hereby stipulate that good cause exists to modify the scheduling order to continue all existing dates set in this matter for the following reasons:

1. While the parties have been and continue to engage in written discovery, obtaining, reviewing and exchanging documents has been significantly delayed and protracted due the Coronavirus Covid-19 crisis that has required counsel for the parties and Defendant Liberty Life Assurance Company of Boston's ("Liberty") employees to work remotely.

2. Under these circumstances it has been impossible to conduct in–person depositions: none of Liberty's witnesses are located in California; and even though Plaintiff Diane Tornincasa and her witnesses are primarily in California, taking depositions under the circumstances has been impossible.

3. While counsel for the parties have been exploring taking depositions remotely, even that poses health risks issues to both the witnesses and the court reporter, who have to be physically present in the same location.

4. Therefore, the parties have not been able to properly or adequately conduct discovery.

5. In the meantime, the parties have been exploring opportunities to continue settlement discussions and intend to participate in a second mediation session with Edwin A. Oster of Judicate West, to take place within the next 30-60 days.

6. There will be no prejudice to the Court because the case has not yet been scheduled for trial.

Therefore, the parties hereby stipulate and request that all currently set dates be extended by approximately six months as follows:

/ / /

| Matter | Current Dates | Proposed Dates |
|---|---|---|
| Non-Expert Discovery: | 5/21/21 | 11/19/21 |
| Expert Witnesses Disclosure: | 7/21/21 | 1/21/22 |
| Rebuttal Expert Witnesses Disclosure: | 8/19/21 | 2/21/22 |
| Dispositive Motion Filing Deadline: | 11/22/21 | 5/20/22 |

DATED:  February 17, 2021__   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jenny H. Wang*
Jenny H. Wang
Attorneys for Defendant
Liberty Life Assurance Company of Boston

DATED: February 17, 2021   ERISA LAW CENTER


By: */s/ Robert Rosati*
Robert Rosati
Attorneys for Plaintiff Diane R. Tornincasa

     IT IS SO ORDERED.

Dated:  February 18, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE