ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN. 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
DIANE R. TORNINCASA

JENNY H. WANG, SBN 191643
Jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:  714-800-7900
Facsimile: 714-754-1298

Attorney for Defendant LIBERTY
LIFE ASSURANCE COMPANY OF BOSTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANE R. TORNINCASA,<br><br>                Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>                Defendant. | CASE NO. 2-19-cv-02002-MCE-KJN<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER** |

TO THE HONORABLE COURT:

Plaintiff DIANE R. TORNINCASA and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective counsel of record, hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice as to all parties pursuant to

1

Rule 41(a) of the Federal Rules of Civil Procedure and that each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: April 5, 2021

By  /s/ Robert J. Rosati
Robert J. Rosati
Raquel Busani
Attorneys for Plaintiff, DIANE R. TORNINCASA

Dated: April 5, 2021        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By:  /s/ Jenny H. Wang
Jenny H. Wang
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**ORDER**

Pursuant to the parties' Stipulation to Dismiss the entire action with prejudice, and with good cause appearing, IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice as to all parties and that each party will bear its own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE